Ray A. COLE, Plaintiff—Appellant,

v.

TEAMSTERS LOCAL 391; Donny
Brown, Defendants—
Appellees.

No. 09–1507.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 16, 2009.

Decided: Dec. 30, 2009.

Ray A. Cole, Appellant Pro Se. J.
David James, Smith, James, Rowlett &
Cohen, LLP, Greensboro, North Carolina,
for Appellees.

Before WILKINSON, SHEDD, and
AGEE, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ray A. Cole seeks to appeal the district
court's order adopting the recommenda-
tion of the magistrate judge and dismiss-
ing his civil action against Teamsters Local
391 and Donny Brown. We dismiss the
appeal for lack of jurisdiction because the
notice of appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district

court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is mandatory and juris-
dictional. *Bowles v. Russell,* 551 U.S. 205,
214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007);
*see United States v. Urutyan,* 564 F.3d
679, 685 (4th Cir.2009) (discussing *Bowles*
and the appeal periods under Fed. R.App.
P. 4(a)).

The district court's order was entered
on the docket on March 30, 2009, 2009 WL
873710. Accordingly, in order for Cole's
appeal to be timely, it must have been filed
by April 29, 2009. Cole did not file a
notice of appeal until April 30, 2009. Be-
cause Cole failed to file a timely notice of
appeal or to obtain an extension or reopen-
ing of the appeal period, we deny leave to
proceed in forma pauperis and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*